UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTOR L. PARKER,

    Plaintiff,

v.                                               Case No. 8:02-cv-2324-T-23EAJ

R. BELINSKI, *et al.*,

    Defendants.
_____/

## ORDER

Parker's request for a rehearing (Doc. 44) of the order (Doc. 42) granting summary judgment for the defendants is **DENIED**.

ORDERED in Tampa, Florida, on October 22nd, 2005.

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

SA/ro